OPINION — AG — THE OKLAHOMA MINIMUM WAGES ON PUBLIC WORKS LAW IS APPLICABLE TO URBAN RENEWAL AUTHORITIES. CITE: 40 O.S. 1965 Supp., 196.2 [40-196.2](6), ARTICLE X, SECTION 26, ARTICLE X, SECTION 27, ARTICLE X, SECTION 23, ARTICLE X, SECTION 23(A), 40 O.S. 1965 Supp., 196.1-196.12 [40-196.1] — [40-196.12], 11 O.S. 1961 1601-1620 [11-1601 — 11-1620], 11 O.S. 1961 1601 [11-1601] (FINIS STEWART)